JS-6

1    KEVIN D. JAMISON (Bar No. 222105)
    kjamison@jec-legal.com
2    ERIN N. EMPTING (Bar No. 272130)
    eempting@jec-legal.com
3    ANDREA D. KERSHAW Bar No. 337292)
    akershaw@jec-legal.com
4    JAMISON EMPTING CRONIN, LLP
    825 East 4th Street, Suite 204
5    Los Angeles, California  90013
    Telephone:  (213) 246-2732
6    Facsimile:  (626) 314-1833

7    Attorneys for Plaintiff
    TRACY BENNETT

8

9           **UNITED STATES DISTRICT COURT**

10         **CENTRAL DISTRICT OF CALIFORNIA**

11

12    TRACY BENNETT, an individual,      Case No:  CV 21-8049-GW-JPRx

13           Plaintiff,       **ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT**

14        vs.           **KAMAN INDUSTRIAL TECHNOLOGIES, FORMERLY RUBY**

15    KAMAN INDUSTRIAL        **INDUSTRIAL TECHNOLOGIES, LLC,**
    TECHNOLOGIES, formerly RUBY    **WITH PREJUDICE**

16    INDUSTRIAL TECHNOLOGIES,
    LLC, et al.,

17           Defendants.     Judge:      Hon. George Wu

18                          Magistrate: Hon. Jean P. Rosenbluth
                               Courtroom:  8D, First Street Courthouse

19                           Case Filed:  August 4, 2021

20                           Removed:   October 4, 2021

21

22

23

24

25

26

27

28

Pursuant to stipulation of the parties, IT IS SO ORDERED that all claims which were asserted, or which could have been asserted, by the Plaintiff against Defendant KAMAN INDUSTRIAL TECHNOLOGIES, formerly RUBY INDUSTRIAL TECHNOLOGIES, LLC are hereby dismissed with prejudice or costs pursuant to Fed. R. Civ. Proc. 41(a)(2).

Dated: May 16, 2022        By: _____

HONORABLE GEORGE H. WU,
U.S. District Judge
_____

STIPULATION DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE
Case No.: 2:21-cv-08049 GW (JPRx)

1

## CERTIFICATE OF SERVICE

2

    I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 825 East Fourth Street, Suite 204, Los Angeles, CA  90013.

3

4

    On May 16, 2022, I served the following document(s): **ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT KAMAN INDUSTRIAL TECHNOLOGIES, FORMERLY RUBY INDUSTRIAL TECHNOLOGIES, LLC, WITH PREJUDICE** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

5

6

7

Thomas G .Mackey, Esq.
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles  CA  90017-5408
*Attorneys for Defendant Ruby Industrial*
*Technologies, LLC, etc.*

8

9

10

11

☐     I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, Los Angeles, California.

12

13

14

15

☐     By Overnight Service: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

16

17

☒     By E-Service: I electronically served the above document(s) via ECF/PACER.

18

☐     By Personal Service:  I caused to be delivered by courier **Nationwide Legal Express,** such envelope by hand to the offices of the above addressee(s).

19

20

☐     By Facsimile Machine:  The document was transmitted by facsimile transmission to the number(s) indicated and was reported as complete and without error.

21

    Executed:  May 16, 2022

22

☐     (State)       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

23

24

☒     (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

25

26

27

                               _____
                                James A. Choi
                                5001.0079

4881-8929-0502, v. 1

28